```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :    ORDER
                                     :
    -v.-                             :    S6 17 Cr. 123 (LAP)
                                     :
LUIS GONZALEZ,                       :
   a/k/a "Tili,"                     :
   a/k/a "Bori,"                     :
                                     :
            Defendant.               :
                                     :
- - - - - - - - - - - - - - - - - - x
```

WHEREAS, with the consent of defendant LUIS GONZALEZ, a/k/a "Tili," a/k/a "Bori," the defendant's guilty plea allocution was taken before the United States Magistrate Judge on March 31, 2020;

WHEREAS, the United States Magistrate Judge ordered the defendant's release under certain specified bail conditions;

WHEREAS, the current COVID-19 pandemic has made the defendant's release under those specified bail conditions impracticable following normal procedures;

IT IS HEREBY ORDERED that the defendant's bail conditions are modified to include the following additional conditions:

1. Defense counsel will sign the defendant's bond on the defendant's behalf and certify in writing to the Court that (i) the defendant has authorized defense counsel to sign on his behalf, (ii) defense counsel has explained the conditions of temporary release to the

        defendant, and (iii) the defendant has represented to his attorney that he fully understands and intends to comply with those conditions;[2]

2. The defendant shall be released directly from MCC; and

3. The defendant shall personally sign his bond by no later than 24 hours following his release from custody. After the defendant has signed, he or defense counsel will transmit the signed bond to the Government and the magistrate court clerk's office.

SO ORDERED.

Dated:    New York, New York
            April 2, 2020

_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

---

[2] Defense counsel may sign the defendant's bond electronically and return an electronic copy of the signed bond to the U.S. Attorney's Office and the magistrate court clerk's office.