```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :    ORDER
                                   :
    -v.-                           :    S6 17 Cr. 123 (LAP)
                                   :
LUIS GONZALEZ,                     :
   a/k/a "Tili,"                   :
   a/k/a "Bori,"                   :
                                   :
                Defendant.         :
                                   :
- - - - - - - - - - - - - - - - - x
```

WHEREAS, with the consent of defendant LUIS GONZALEZ, a/k/a "Tili," a/k/a "Bori," the defendant's guilty plea allocution was taken before the United States Magistrate Judge on March 31, 2020;

WHEREAS, the plea was taken by phone, pursuant to the CARES Act, as the Court found specific reasons that the plea could not be further delayed without serious harm to the interests of justice and that video teleconferencing was not reasonably available.

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:    New York, New York
           April 2, 2020

                                        _____
                                        HONORABLE LORETTA A. PRESKA
                                        UNITED STATES DISTRICT JUDGE