

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 18, 2021

**BY ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Luis Gonzalez*, S6 17 Cr. 123 (LAP)

Dear Judge Preska,

    Defendant Luis Gonzalez is scheduled to be sentenced on March 18, 2021 at 11:00 a.m. The Government understands from defense counsel and Probation that counsel and the defendant have not been able to complete the interview needed to finalize his Presentence Investigation Report. Accordingly, the Government respectfully requests that sentencing be adjourned approximately thirty days. Defense counsel consents to this request.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney
    Southern District of New York

    _____
    Frank J. Balsamello / Matthew Hellman
    Assistant United States Attorneys
    (212) 637-2325 / -2278

cc:    Joaquin Perez, Esq., *counsel for defendant Luis Gonzalez* (by ECF)

```
The sentencing currently scheduled for March
18, 2021 is adjourned to April 21, 2021 at
11:00 a.m.

SO ORDERED.

Dated:    February 19, 2021
          New York, New York
```

_____
LORETTA A. PRESKA, U.S.D.J.