

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 4, 2021

**BY ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      **Re:**   *United States v. Luis Gonzalez*, **S6 17 Cr. 123 (LAP)**

Dear Judge Preska,

      Defendant Luis Gonzalez is scheduled to be sentenced on June 8, 2021 at 11:00 a.m.  The parties respectfully request that sentencing be adjourned to allow the defendant to undergo a medical procedure and to accommodate defense counsel's travel to New York in mid-July.  The parties understand from Chambers that the Court may be available on July 13, 2021 at 10:00 a.m., and the parties respectfully request an in-person sentencing be set for that date and time.

                       Respectfully submitted,

                       AUDREY STRAUSS
                       United States Attorney
                       Southern District of New York

                       Frank J. Balsamello / Matthew Hellman
                       Assistant United States Attorneys
                       (212) 637-2325 / -2278

cc:    Joaquin Perez, Esq., *counsel for defendant Luis Gonzalez* (by ECF)

```
Sentencing is adjourned to July 13, 2021 at 10:00 a.m.
```

**SO ORDERED.**

```
Dated:      June 10, 2021
            New York, New York
```

LORETTA A. PRESKA, U.S.D.J.