*Law Office Of*
**Joaquin Perez**
6780 Coral Way • Miami, Florida 33155
Phone (305) 261-4000 • Fax (305) 662-4067
jplaw1@bellsouth.net
(Also admitted in Massachusetts and Rhode Island)

June 29, 2021

**BY ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

*Re: United States v. Luis Gonzalez, S6 17 Cr. 123 (LAP)*

Dear Judge Preska,

Defendant Luis Gonzalez is scheduled to be sentenced on July 13, 2021, at 10:00 a.m. The parties respectfully request that sentencing be adjourned until sometime in September 2021. Mr. Gonzalez recently underwent gastric surgery and is scheduled for a follow up procedure sometime in late July 2021. AUSA Frank Balsamello will be in trial through mid-August. Thereafter, he is scheduled to be on leave returning in September 2021.

Respectfully submitted,

/s/ *Joaquin Perez*

JOAQUIN PEREZ, ESQ.
Counsel for Defendant
NYB: 52376532
FL Bar: 335339
6780 Coral Way
Miami, Florida 33155
Tel: (305) 261-4000
Fax: (305) 662-4067
Jplaw1@bellsouth.net

*Sentencing is adjourned to September 14th 2021 at 11:00 A.M.*

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
6/30/21

cc: AUSA Frank J. Balsamello
    AUSA Matthew Hellman