*Law Office Of*
**Joaquin Perez**
6780 Coral Way • Miami, Florida 33155
Phone (305) 261-4000 • Fax (305) 662-4067
*jplaw1@bellsouth.net*
(Also admitted in Massachusetts and Rhode Island)

December 1, 2021

**BY ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S.
Courthouse
500 Pearl Street
New York, New York 10007

*Re: United States v. Luis Gonzalez, 17 Cr. 123 (LAP)*

Dear Judge Preska,

Defendant Luis Gonzalez is scheduled to be sentenced on Wednesday, December 8, 2021 at 12:00 p.m. (Dkt. No. 965). The parties have mutual conflicting trial schedules and respectfully request this hearing to be adjourned until mid- January 2022.

*Sentencing is adjourned to January 13, 2022 at 11:00am*

Respectfully submitted,

*/s/ Joaquin Perez*
JOAQUIN PEREZ, ESQ.
Counsel for Defendant
NYB: 52376532
FL Bar: 335339
6780 Coral Way
Miami, Florida 33155
Tel: (305) 261-4000 Ext. 3703
Fax: (305) 662-4067
Jplawl@bellsouth.net

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*12/2/21*

cc: AUSA Frank J. Balsamello
    AUSA Matthew Hellman
    USPO Robert Flemen

Page 1 of 1