# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

April 5, 2022

The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007
-Via ECF-

Re:   *USA v. Luis Gonzalez,*
      17 Cr. 123 (LAP)

Dear Judge Preska,

Our office represents Mr. Luis Gonzalez, in the above captioned matter, which has a Sentencing Hearing scheduled for April 12, 2022, at 4:00PM.

We are still gathering material for his Sentencing Hearing. We respectfully request an adjournment of the Sentencing hearing to April 27, 2022, or to a date convenient to the Court.

The Government, by way of A.U.S.A Matthew Hellman, consents to this request.

Thank you for your consideration.

Sincerely,

*S/Telesforo Del Valle Jr.*
Telesforo Del Valle Jr., Esq.
*DEL VALLE & ASSOCIATES*

Cc: A.U.S.A. Matthew Hellman, Esq.

*Sentencing is adjourned to May 2, 2022 at 11:00 a.m.*

4/7/22

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE