UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,             :
                                      :        17-cr-123 (LAP)
           -v.-                       :
                                      :           ORDER
LUIS GONZALEZ,                        :
                                      :
                  Defendant.          :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

     The hearing scheduled for May 12, 2026, is adjourned.  The

parties, including Mr. Gonzalez, counsel for Mr. Gonzalez,

Probation, and the Government, shall appear for a hearing on May

18, 2026, at 2:00 p.m. in Courtroom 12A, United States Courthouse,

500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    New York, New York
          April 21, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge